# EXHIBIT A

Case# 2026-01625-0 Docketed at Montgomery County Prothonotary on 01/29/2026 11:21 AM, Fee = $304.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA**

| | |
|---|---|
| WENONIAH BENJAMIN-WILSON<br>vs.<br>WALMART SUPERCENTER #2263 | NO. 2026-01625 |

## NOTICE TO DEFEND – CIVIL

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

LAWYER REFERENCE SERVICE
MONTGOMERY BAR ASSOCIATION
100 West Airy Street (REAR)
NORRISTOWN, PA

19404-0268 (610) 279-9660, EXTENSION 201

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

WENONIAH BENJAMIN-WILSON

vs.

WALMART SUPERCENTER #2263

NO. 2026-01625

# CIVIL COVER SHEET

State Rule 205.5 requires this form be attached to any document commencing an action in the Montgomery County Court of Common Pleas. The information provided herein is used solely as an aid in tracking cases in the court system. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.

Name of Plaintiff/Appellant's Attorney: JOEL KOFSKY, ESQ., ID: 61114

Self-Represented (Pro Se) Litigant ☐

**Class Action Suit** ☐ Yes ☒ No

**MDJ Appeal** ☐ Yes ☒ No

**Money Damages Requested** ☒

**Commencement of Action:**

Complaint

**Amount in Controversy:**

More than $50,000

## Case Type and Code

Tort:

Premises Liability

**Other:**

Case# 2026-01625-0 Docketed at Montgomery County Prothonotary on 01/29/2026 11:21 AM, Fee = $304.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case# 2026-01625-0 Docketed at Montgomery County Prothonotary on 01/29/2026 11:21 AM, Fee = $304.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

THE LAW OFFICES OF JOEL J. KOFSKY
JOEL J. KOFSKY, ESQUIRE
ATTORNEY I.D. #61114
1500 JFK BOULEVARD
2 PENN CENTER, #550
PHILADELPHIA, PA 19102
PLAINTIFF
(215)735-4800

MAJOR NON-JURY

ATTORNEY FOR

| | | |
|---|---|---|
| **WENONIAH BENJAMIN WILSON**<br>410 E High Street Apt 3<br>Pottstown, PA 19464<br>**Plaintiff** | : | **COURT OF COMMON PLEAS**<br>**MONTGOMERY COUNTY**<br><br>**JANUARY TERM, 2026** |
| **v.** | : | **NO.** |
| **WALMART SUPERCENTER #2263**<br>233 Shoemaker Road<br>Pottstown, PA 19464<br>and<br>**AVG OF PENNSYLVANIA LLC**<br>**c/o AVG INTERMEDIATE HOLDINGS LLC**<br>4301 Anchor Plaza Parkway, Suite 350<br>Tampa, FL 33634<br>and<br>**WAL-MART SUPERCENTER**<br>1 Customer Drive<br>Bentonville, AR 72716<br>and<br>**WAL-MART STORES EAST, LLC**<br>1 Customer Drive<br>Bentonville, AR 72716<br>and<br>**WAL-MART**<br>1 Customer Drive<br>Bentonville, AR 72716<br>and<br>**JOHN DOE CONTRACTOR**<br>And<br>**JOHN DOE PROPERTY MANAGER**<br>**Defendants** | : | |

Case# 2026-01625-0 Docketed at Montgomery County Prothonotary on 01/29/2026 11:21 AM, Fee = $304.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# NOTICE TO DEFEND

| *NOTICE* | *AVISO* |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint & Notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.<br><br>YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.<br><br>Montgomery County Bar Association<br>Lawyer Referral Service<br>100 West Airy Street<br>Norristown, PA 19401<br>(610) 279-9660, Extension 201 | **Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias deplazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de s persona. Sea avisado que si used no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder u otros derechos importantes para usted.**<br><br>**LLEVE ESTSASS DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO. VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PAPA AVAERIGUAR DONDE SE PAEDE CONSEGUIR ASISTENCIA LEGAL.**<br><br>Asociación de Abogados del Condado de Montgomery<br>Servicio de referencia de abogados<br>100 West Airy Street<br>Norristown, PA 19401<br>(610) 279-9660, extensión 201 |

Case# 2026-01625-0 Docketed at Montgomery County Prothonotary on 01/29/2026 11:21 AM, Fee = $304.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

THE LAW OFFICES OF JOEL J. KOFSKY
JOEL J. KOFSKY, ESQUIRE
ATTORNEY I.D. #61114
1500 JFK BOULEVARD
2 PENN CENTER, #550
PHILADELPHIA, PA 19102
(215)735-4800

MAJOR NON-JURY

ATTORNEY FOR PLAINTIFF

| | | |
|---|---|---|
| **WENONIAH BENJAMIN WILSON**<br>410 E High Street Apt 3<br>Pottstown, PA 19464<br>**Plaintiff** | : | **COURT OF COMMON PLEAS**<br>**MONTGOMERY COUNTY**<br><br>**JANUARY TERM, 2026** |
| **v.** | : | **NO.** |
| **WALMART SUPERCENTER #2263**<br>233 Shoemaker Road<br>Pottstown, PA 19464<br>and<br>**AVG OF PENNSYLVANIA LLC**<br>**c/o AVG INTERMEDIATE HOLDINGS LLC**<br>4301 Anchor Plaza Parkway, Suite 350<br>Tampa, FL 33634<br>and<br>**WAL-MART SUPERCENTER**<br>1 Customer Drive<br>Bentonville, AR 72716<br>and<br>**WAL-MART STORES EAST, LLC**<br>1 Customer Drive<br>Bentonville, AR 72716<br>and<br>**WAL-MART**<br>1 Customer Drive<br>Bentonville, AR 72716<br>and<br>**JOHN DOE CONTRACTOR**<br>And<br>**JOHN DOE PROPERTY MANAGER**<br>**Defendants** | : | |

**CIVIL ACTION COMPLAINT**
**NEGLIGENCE – 2S – PREMISES LIABILITY**

Case# 2026-01625-0 Docketed at Montgomery County Prothonotary on 01/29/2026 11:21 AM, Fee = $304.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1. Plaintiff, Wenoniah Benjamin-Wilson, is an adult individual, residing at the above-captioned address.

2. Defendant, Walmart Supercenter #2263, is a business entity that operates and does business under the laws of the Commonwealth of Pennsylvania and has designated as its registered agent for service of process the above-captioned address.

3. Defendant, AVG of Pennsylvania LLC, is a business entity that operates and does business under the laws of the Commonwealth of Pennsylvania and has designated as its registered agent for service of process the above-captioned address.

4. Defendant, Wal-Mart Supercenter, is a business entity that operates and does business under the laws of the Commonwealth of Pennsylvania and has designated as its registered agent for service of process the above-captioned address.

5. Defendant, Wal-Mart Stores East, LLC, is a business entity that operates and does business under the laws of the Commonwealth of Pennsylvania and has designated as its registered agent for service of process the above-captioned address.

6. Defendant, Wal-Mart, is a business entity that operates and does business under the laws of the Commonwealth of Pennsylvania and has designated as its registered agent for service of process the above-captioned address.

7. Defendant, John Doe Contractor`s actual name is unknown to Plaintiff.

8. Plaintiff avers that Defendant, John Doe Contractor's designation is fictitious.

9. Upon all information and belief, Defendant, John Doe Contractor, is a business entity that is responsible for safety conditions of the property, including the maintenance, inspection, cleaning, and/or installation of safety-related features at Walmart Supercenter #2263 located at 233 Shoemaker Road, Pottstown, Pennsylvania 19464

Case# 2026-01625-0 Docketed at Montgomery County Prothonotary on 01/29/2026 11:21 AM, Fee = $304.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

on or before April 6, 2024.

10. Defendant, John Doe Property Manager's actual name is unknown to Plaintiff.

11. Plaintiff avers that Defendant, John Doe Property Manager's designation is fictitious.

12. Upon all information and belief, Defendant, John Doe Property Manager, is a business entity that controlled, maintained, leased, and/or managed Walmart Supercenter #2263 located at 233 Shoemaker Road, Pottstown, Pennsylvania 19464 on or before April 6, 2024.

13. On and before April 6, 2024, Defendants, owned, leased, possessed, operated, inspected, maintained, repaired, and/or controlled and/or had the right to control Walmart Supercenter #2263 located at 233 Shoemaker Road, Pottstown, Pennsylvania 19464.

14. At all times material hereto, Defendants had the duty to keep the premises of Walmart Supercenter #2263 located at 233 Shoemaker Road, Pottstown, Pennsylvania 19464 in a safe condition.

15. On or about November 13, 2021, around 3:00 p.m., Plaintiff, was a business invitee of Defendants on the property of Defendants at at 233 Shoemaker Road, Pottstown, Pennsylvania 19464, when Plaintiff was caused to lose his balance, stumble and fall to the ground and thereby sustain serious and permanent injuries more fully set forth herein, due to the slippery substance/material on the bathroom floor that had existed in a defective state for a sufficient time such that Defendants' agents and/or employees knew or should have known of their existence and had time to remedy same.

16. Said Injuries were caused solely by the negligence of Defendants in failing to properly maintain the premises, failing to warn of the hazardous conditions, and otherwise

Case# 2026-01625-0 Docketed at Montgomery County Prothonotary on 01/29/2026 11:21 AM, Fee = $304.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

breaching their duty to keep the premises in a reasonably safe condition.

17. The existence of slippery substance/material on the bathroom floor had existed in that state for a sufficient time such that Defendants' agents and/or employees knew or should have known of their existence and had time to remedy same.

18. At all times relevant hereto, Defendants knew or should have known that the slippery substance/material on the bathroom floor posed a serious risk of harm to persons and lawful pedestrians such as Plaintiff.

19. At all times relevant hereto, Plaintiff relied upon the fact that Defendants would maintain the property in a safe manner, and Defendants' failure to maintain the property as aforesaid increased the risk of harm to the Plaintiff.

20. At all times material hereto, Defendant acted by and through their agents (actual, apparent or ostensible), servants, workmen, employees and/or officers, all of whom were then and there acting within the course and scope of their duties, agency, employment or authority for Defendant.

21. This accident was caused solely from the negligence and carelessness of Defendants and was in no manner whatsoever due to any act of negligence on the part of Plaintiff.

**COUNT I – NEGLIGENCE**
**WENONIAH BENJAMIN-WILSON v. ALL DEFENDANTS**

22. Plaintiff, Wenoniah Benjamin-Wilson, hereby incorporates the preceding paragraphs as if same were set forth at length herein.

23. The aforesaid accident was caused by the negligence and carelessness of Defendants, acting as aforesaid, which negligence and carelessness consisted, inter alia, of the following:

(a) failing to eliminate the slippery substance/material on the bathroom

Case# 2026-01625-0 Docketed at Montgomery County Prothonotary on 01/29/2026 11:21 AM, Fee = $304.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

floor (herein "defective condition") as described above;

(b) failing to properly, completely and thoroughly inspect the property;

(c) failing to promptly and carefully post warning signs and/or post notices to warn individuals of the defective condition;

(d) allowing the said hazardous and dangerous condition to exist once created;

(e) failing to make timely and proper maintenance upon said premises;

(f) failing to inspect and failing to establish a policy of inspection;

(g) failing to clean, repair and/or remove the defective condition;

(h) failing to hire a janitor and/or maintenance person to remove the defective condition;

(i) otherwise acting in a manner that was negligent and careless at law and in fact all of which a reasonable person would have known or in the exercise of reasonable care should have known caused an unreasonable risk of harm to the public and more particularly to the Plaintiff herein;

(j) violating applicable ordinances and property maintenance codes for the County of Montgomery and the Commonwealth of Pennsylvania as well as such other statutes and case law governing the maintenance of property;

(k) failing to have their employees fix the defective condition;

(l) failing to protect the safety of lawful pedestrians, such as Plaintiff, as it relates to the above-referenced acts of negligence;

(m) failing to properly and/or adequately choose, train, direct, monitor, and/or supervise its agents, servants, workmen, and/or employees with regard to the inspection and safety of the premises;

(n) such other acts of negligence and carelessness as may be adduced through discovery or at trial.

24. As the direct and proximate result of Defendants' negligence, Plaintiff sustained serious, severe, and debilitating injuries, including, injuries to the neck, back, shoulders, chest, body, head, knees, and extremities; and other injuries which may be known, other injuries which may be unknown and others which may develop, some or all of which may be permanent in nature.

25. As a further result of the said accident, Plaintiff has suffered severe pain, mental anguish, humiliation, and embarrassment, and will continue to suffer same for an indefinite period of time in the future.

Case# 2026-01625-0 Docketed at Montgomery County Prothonotary on 01/29/2026 11:21 AM, Fee = $304.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

26. As a further result of the said accident, Plaintiff has and will probably in the future, be obliged to receive and undergo medical attention, which was or will be reasonable and necessary and will arise from the aforesaid accident and will otherwise incur various expenditures for the injuries suffered.

27. As a further result of the said accident, Plaintiff has incurred medical expenses that were reasonable, necessary, and causally related to the aforesaid accident as a result of the injuries sustained in this accident.

28. As a further result of the said accident, Plaintiff has been unable to tend to daily chores, duties, and occupations, and will be unable to do so for an indefinite time in the future, all to Plaintiff's great financial detriment and loss.

29. As a further result of the said accident, Plaintiff has and will suffer severe loss of earnings and/or impairment of earning capacity.

**WHEREFORE,** Plaintiff, Wenoniah Benjamin-Wilson, demands judgment in her favor and against all of the Defendants, individually and/or jointly, for compensatory damages in excess of fifty-thousand dollars ($50,000.00) together with interest and costs of suit.

**THE LAW OFFICES OF JOEL J. KOFSKY**

BY: [signature]
JOEL J. KOFSKY, ESQUIRE
Attorney for Plaintiff

Dated: 01/23/2026

Case# 2026-01625-0 Docketed at Montgomery County Prothonotary on 01/29/2026 11:21 AM, Fee = $304.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**VERIFICATION**

I, Wenoniah Benjamin-Wilson, hereby state that I am the Plaintiff in the within action and verify that the statements made in the foregoing Answers to Requests for Admission are true and correct to the best of my knowledge, information and belief. The undersigned understands that the statements therein are made subject to the penalties of 18 Pa.C.S. § 4904 relating to unsworn falsification to authorities.

Wenoniah Benjamin-Wilson
Signature

DATE: 01/23/2026